Keith MAYDAK, as assignee for Confidential Services of America, Inc., Plaintiff–Appellant,

v.

GTE CORP.; GTE Arkansas Incorporated; GTE California, Inc.; GTE Florida Incorporated; GTE Hawaiian Telephone Company Incorporated; GTE North Incorporated; GTE South Incorporated; GTE Southwest Incorporated; GTE Midwest Incorporated; Contel of California Incorporated, dba GTE California; Contel of Minnesota, dba GTE Minnesota; Contel of the

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

South, dba GTE Systems of the South; Contel of Texas, dba GTE Texas; Contel of the West, dba GTE West, Defendants–Appellees.

No. 99–16086.

D.C. No. CV–98–00737–MJJ.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 21, 2001.

Before GOODWIN, LEAVY, and THOMAS, Circuit Judges.

## MEMORANDUM [2]

Keith Maydak appeals pro se the district court's judgment dismissing his action for lack of proper venue pursuant to 28 U.S.C. § 1406(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo the question of whether venue is proper, *see Decker Coal Co. v. Commonwealth Edison Co.,* 805 F.2d 834, 841 (9th Cir.1986), and for an abuse of discretion a dismissal for improper venue, *see Bruns v. Nat'l Credit Union Admin.,* 122 F.3d 1251, 1253 (9th Cir.1997). We affirm for the reasons stated in the district court's order dismissing for improper venue, entered on April 27, 1999.

We decline to ⁶consider the declaration received on April 24, 2000.

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

